# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION

In re: Keith P Maise                         ) Judge Janet S. Baer
         Debtor(s)                  )
                                    ) Case No. 15-02233

I, THE UNDERSIGNED, HEREBY FILE MY APPEARANCE AS ATTORNEY FOR

Robert J. Adams & Associates

| | |
|---|---|
| Robert J. Adams | Robert J. Adams & Associates |
| _____/s/ Robert J. Adams_____ | 901 W. Jackson, Suite 202 |
| signature | Chicago, IL 60607 |
| ATTORNEY ID NO.        0013056 | Phone: 312.346.0100 |
| | Fax:    312.346.6228 |

___

   Trial Attorneys*
       N/A

*Request is made for trial attorney to avoid possible conflicts in scheduling

Dated: February 24, 2015
___

TYPE OF DEFENSE COUNSEL:

   CJA___,  RETAINED___, SELF___, NONEOTHER___, PUB DEF___
___

FOR OFFICE USE ONLY:

   Party Code:  P:_____  D_____  TP_____

**Robert J. Adams & Associates**
**901 W Jackson Suite 202 Chicago, IL 60607**
**4949 Grand Ave Suite 6A Gurnee, IL 60031**
**PH: 312-346-0100  Fax:312-346-6228**